RECEIVED
AUG 25 2020
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No.   1:20-cr-034 |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| JAMES E. SLOAN, and | ) | T. 18, U.S.C. §§ 1952(a)(1),(3) |
| HUIQUN ZHAO, | ) | T. 18, U.S.C. § 2 |
| | ) | |
| Defendants. | ) | |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Travel Act-Promote, Manage, Establish, Carry-on, and Facilitate Unlawful Activity)**

Beginning as early as June 2017, continuing up to and including August 19, 2020, in the Southern District of Iowa and elsewhere, the defendants, JAMES E. SLOAN and HUIQUN ZHAO, traveled in interstate commerce from the States of Kansas and Nebraska to Iowa and used a facility of interstate commerce, namely the internet and bank accounts at US Bank and First National Bank of Omaha, with the intent to distribute the proceeds of any unlawful activity and with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, or carrying on, of any unlawful activity, namely, Prostitution, in violation of Iowa Code §725. Thereafter, defendants, JAMES E. SLOAN and HUIQUN ZHAO, performed and attempted to perform an act to distribute the proceeds of such activity, and performed and attempted to perform an act to promote,

manage, establish, and carry on, and to facilitate the promotion, management, establishment, and carrying on of such unlawful activity.

This is a violation of Title 18, United States Code, Sections 1952(a)(1),(3) and 2.

**A TRUE BILL.**

_____
FOREPERSON

Marc Krickbaum
United States Attorney

By: _____
Shelly Sudmann
Assistant United States Attorney